UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWN CORLIS and
SAMANTHA HATFIELD,
individually and on behalf of all
others similarly situated,

Plaintiffs,

Case No. 25-cv-12726
Honorable Linda V. Parker

v.

BLUEWATER HEALTHCARE
NETWORK, d/b/a ASPIRE RURAL
HEALTH SYSTEM,

Defendant.
_________________________________/

**JUDGMENT**

Plaintiffs, on behalf of themselves and others similarly situated, initiated this putative class action lawsuit on August 29, 2025, against Defendant for failing to properly secure and safeguard their information from a data breach. Defendant subsequently filed a motion to dismiss. In an opinion and order issued on today's date, the Court held it will decline jurisdiction per 28 U.S.C. § 1332(d)(4).

Accordingly, I**T IS ORDERED** that Plaintiffs' Complaint is **DISMISSED WITHOUT PREJUDICE**.

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: November 4, 2026